# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE MICHAEL KALLERES,
MUNICIPAL COURT JUDGE, CITY OF
ELY, COUNTY OF WHITE PINE,
STATE OF NEVADA.

No. 71099

**FILED**

AUG 3 1 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on August 23, 2016, with the filing of a certified copy of the Stipulation and Order Consent to Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.



, C.J.

cc:   Sears Law Firm, Ltd.
      Law Offices of Kathleen M. Paustian, Chartered
      Nevada Commission on Judicial Discipline

16-27071